

# Fourth Court of Appeals
## San Antonio, Texas

May 8, 2014

No. 04-14-00086-CV

**IN THE INTEREST OF Y.G.B., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00166
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED.

It is so **ORDERED** on May 8, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court